Judge:    Christopher M. Alston
Chapter:   7

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

**CHRIS YOUNG DONG YOO**
and
**JIEUN SONG YOO**

Debtors.

CASE NO. 16-10191-CMA

SECOND AGREED ORDER EXTENDING
DEADLINE FOR OBJECTIONS TO
DISCHARGE

      As evidenced by the signatures below, Edmund J. Wood the Chapter 7 Trustee, by and

through his counsel, Wood & Jones, P.S. and Denice Moewes and Chris Young Dong Yoo and

Jieun Song Yoo, by and through their counsel, CBG Law Group, PLLC and Darrel Carter, agree

to entry of this order extending the deadline for solely the Chapter 7 Trustee to file an objection

to discharge pursuant to 11 U.S.C § 727 in the above referenced case.

      Based upon the foregoing,

SECOND AGREED ORDER EXTENDING DEADLINE
FOR OBJECTIONS TO DISCHARGE

Page **1** of **2**

IT IS HEREBY ORDERED THAT the deadline for the Chapter 7 Trustee to file objections to the debtors' discharge pursuant to section 727 of the Bankruptcy Code is hereby extended to and including July 22, 2016 without prejudice to file further motions to extend the discharge deadline.

///END OF ORDER///

Presented by:

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464
Attorney for Edmund J. Wood
Chapter 7 Trustee

Agreed as to form and content; notice of presentation waived:

CBG LAW GROUP, PLLC

/s/ Darrel B. Carter
Darrel B. Carter, WSBA #20318
Attorney for the Debtors

SECOND AGREED ORDER EXTENDING DEADLINE
FOR OBJECTIONS TO DISCHARGE

Page **2** of **2**

WOOD & JONES, P.S.
303 N. 67TH STREET
SEATTLE, WA 98103
TELEPHONE: (206) 623-4382
FAX: (206) 224-4895

Case 16-10191-CMA    Doc 31    Filed 05/25/16    Ent. 05/25/16 11:31:58    Pg. 2 of 2