# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME All Pending Cases

CASE NO_____

FOR:

| | |
|---|---|
| _____ | DEBTOR |
| _____ | JOINT DEBTOR |
| _____ | CREDITOR |
| __x__ | ATTORNEY ( Please include Bar ID Number _20318_____ ) |
| _____ | PLAINTIFF |
| _____ | DEFENDANT |

OLD ADDRESS:

NAME: Darrel Carter

ADDRESS: 11100 NE 8th Street, Suite 380

Bellevue, WA 98004

PHONE: _____

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: Darrel Carter

ADDRESS: 11400 SE 8th Street, Suite 235

Bellevue, WA 98004

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Darrel Carter                                   Date 8/1/16

Darrel Carter

Rev. 6/28/2012
Change of Address

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE
NUMBER OR EMAIL ADDRESS

(a) Written Notice of Change of Address, Phone, Email Address. Notices of changes of address, telephone number, and email address must be filed in writing within 10 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

(b) Conclusive Address. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.